UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONNIE STRANGE                              CIVIL ACTION NO. 10-2829

VERSUS

ST. CHARLES PARISH SHERIFF'S                SECTION "I" (5)
OFFICE, ET AL

ORDER OF DISMISSAL

The Court having been advised by plaintiff that the above-captioned case should be dismissed and there being no objection thereto,

**IT IS ORDERED** that the above-captioned case be and it is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of November, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE